EL PUEBLO, DEMANDANTE Y APELADO, *v.* SEVILLANO, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Segunda, en causa por infracción del artículo 553
del Código Penal.

No. 710.—Resuelto en julio 19, 1915.

Resuelto por los fundamentos de la opinión emitida en el caso No. 711, *El Pueblo*
*v. García & García*, página 817.

Abogado del apelante: *Sr. Jacinto Texidor.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.